Form 521antcorder

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Paul F. Miller and Marilyn M. Miller
       Debtor(s)

Case No.: 11–51883
Chapter: 7

## NOTICE OF DEFICIENCY AND NOTICE OF HEARING

**1. PLEASE TAKE NOTICE THAT YOUR BANKRUPTCY CASE MAY BE DISMISSED** or other adverse action may be taken because of your failure to file all required documents with your bankruptcy petition.

**MISSING DOCUMENTS:**

Chapter 7 Means Test due 10/03/2011
Schedules A–J due 10/03/2011
Debtors Declaration Page due 10/03/2011
Stmt. of Fin. Affairs due 10/03/2011
Summary of Schedules due 10/03/2011
Statement of Intent due 10/03/2011
Statistical Summ of Schedules due 10/03/2011
B21 Form Statement of Social Security Number due 09/19/2011

**2. PLEASE TAKE FURTHER NOTICE YOU MAY NOT BE ENTITLED TO BANKRUPTCY PROTECTION** because you filed your bankruptcy petition without a certificate from an approved nonprofit credit counseling agency, or a statement that describes urgent and justifiable circumstances for your failure to file that certificate, or a request for a determination by the court you are unable to complete the credit counseling requirements because of incapacity, disability, or active military duty in a combat zone.

**3. PLEASE TAKE FURTHER NOTICE,** that if, after the hearing scheduled below, the court does not grant additional time for you to file the missing documents referred to in paragraph (1) or does not grant a request for an extension of time to file one of the documents referred to in paragraph (2), your bankruptcy case may be dismissed or other adverse action may be taken.

## HEARING NOTICE

**THE COURT HAS SCHEDULED A HEARING ON 9/30/11 at 10:00 AM at the U.S. Bankruptcy Court, 915 Lafayette Boulevard, Room 123, Bridgeport, Connecticut 06604** to give you an opportunity to show that there is justification to extend time for the filing of missing documents referred to in paragraph(1) and, if applicable, to show that there was an excusable reason for an extension of time to file one of the three documents referred to in paragraph(2).

Dated: 9/19/11

_____
**Alan H.W. Shiff**
**United States Bankruptcy Judge**